UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE                 500 POYDRAS ST., ROOM C-151
CLERK                                                NEW ORLEANS, LA 70130

February 28, 2012

Clerk
32nd Judicial District Court
Parish of Terrebonne
P.O. Box 1569
Houma, LA 70361

                         RE: Whipple
                            v.
                       Sears, Roebuck and Co. Et al
                       Civil Action No. 11-2590 C(2)
                       Your No.164,784

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on February 28, 2012 remanding the above-entitled case to your court.

                           Very truly yours,

                           LORETTA G. WHYTE, CLERK

                           By: _____
                                 Deputy Clerk

Enclosure

32nd Judicial District Court
Parish of Terrebonne
P.O. Box 1569
Houma, LA 70361